UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY SHAMMAR TRAINER,

    Plaintiff,

v.

EQUIFAX INFORMATION SYSTEMS,

    Defendant.

Case No. 3:17-cv-01279-JPG-DGW

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    This matter comes before the Court on the plaintiff Corey Trainer's motion to dismiss. (Doc. 15.) Trainer states that he no longer wishes to continue with this case because he has "recently discovered that his request for a free annual credit report should have been made using the centralized source" rather than to Equifax directly. (*Id.*) Trainer does not indicate under which Federal Rule of Civil Procedure he brings his motion, but it is clear that Rule 41(a)(2) applies. That rule allows an action to be dismissed at a plaintiff's request only by court order. This manner of dismissal is at the sound discretion of the trial court. *Wojtas v. Capital Guardian Tr. Co.*, 477 F.3d 924, 927 (7th Cir. 2007). Here, the Court finds good cause for the Trainer's motion and **DISMISSES** this case **without prejudice**. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: MAY 8, 2018**

                                            **s/ J. Phil Gilbert**
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**