# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

COREY SHAMMAR TRAINER,

    Plaintiff,

v.

EQUIFAX INFORMATION SYSTEMS,

    Defendant.

Case No. 3:17-cv-01279-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED without prejudice**.

DATED: May 8, 2018

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        **BY:**   s/Tina Gray
                                                **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**